FILED
May 30, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

JENNIFER BROWN, Defendant.

Case No. 2:12CR00316-01

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JENNIFER BROWN, Case No. 2:12CR00316-01, Charge 18 USC 371 - Conspiracy to Commit Student Loan Fraud, from custody for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of $__

- __ Unsecured Appearance Bond
- __ Appearance Bond with 10% Deposit
- __ Appearance Bond with Surety
- __ Corporate Surety Bail Bond
- ✔ (Other) Time Served

Issued at Sacramento, CA on May 30, 2013 at 10:10 am.

By [signature]
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal